AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Walter Brian Bilbro,<br><br>*Plaintiff(s)*<br>v.<br>Nikki Randhawa Haley, Governor, South Carolina Office of the Governor, et al.,<br>Barack Hussein Obama, President, Executive Office of United States of America, et al.,<br>*Defendant(s)* | Civil Action No.  3:16-cv-767-JFA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

See List of Multiple Defendants names and addresses listed attached hereto

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Lauren Martel
> Post Office Box 23101
> Hilton Head Island, South Carolina 29925

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  06/22/2016

s/Brian D. Shropshire

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

---

WALTER BRIAN BILBRO,

Plaintiff,

vs.

Nikki Randhawa Haley, Governor

Office of the Governor
South Carolina Office of Governor
The Honorable Nikki R. Haley
1205 Pendleton Street
Columbia, South Carolina 29201

Susan Alford, Director
South Carolina Department of Social Service
1535 Confederate Avenue
Columbia, SC 29201


Mark Hammond, Secretary
South Carolina Secretary of State
Edgar Brown Building –
1205 Pendleton Street Suite 525
Columbia, SC 29201
SC Secretary of State's Office
1205 Pendleton Street Suite 525
Columbia, SC 29201


Dorothy Addison, Director
Refugee Resettlement Plan
South Carolina Department of Social Service
1535 Confederate Avenue
Columbia, SC 29201


Curtis M. Loftis, Jr., State Treasurer
South Carolina State Treasurer
1200 Senate Street, Columbia SC
PO Box 11778 Columbia, SC 29211

Mark Keel, Chief
South Carolina Law Enforcement Division (SLED)
Post Office Box 21398
Columbia, SC 29221

Colonel Michael Oliver, Commander
South Carolina Highway Patrol (SCHP)
10311 Wilson Blvd. PO Box 1993
Blythewood, SC 29016

Leroy Smith , Director
South Carolina Department of Public Safety
10311 Wilson Blvd. PO Box 1993
Blythewood, SC 29016

Catherine Heigel, Director
South Carolina Department of Health Environmental Control (SCDHEC)
2600 Bull Street
Columbia, SC 29201

Richard Eckstrom, Comptroller
South Carolina Office of Comptroller General
1200 Senate Street
Columbia, South Carolina 29201

Molly Spearman, State Superintendent
1429 Senate Street, Columbia, South Carolina 29201
South Carolina Department of Education
South Carolina Superintendent of Education

Ted Goins, President
Lutheran Services Carolinas
1416 S. Martin Luther King Jr. Ave
P.O. 947
Salisbury, North Carolina 28145

Jason Lee, Director
World Relief Spartanburg
7 E. Baltimore St
Baltimore, MD 21201
P.O. Box 447
Spartanburg, South Carolina 29304

Tim Breene, CEO
World Relief Corporation of National Association of Evangelicals
Ambassador Daniel V. Speckhard, President and CEO
7 E. Baltimore Street
Baltimore, MD 21201

Lutheran World Relief
All NameVariations as filed in SC
700 Light Street
Baltimore, MD 21230

UNITED STATES OF AMERICA

Barack Hussein Obama, President
Chief Executive Officer
Executive Office of the United States of America
1600 Pennsylvania Ave. NW
Washington D.C. 20500

Jeh Johnson, Secretary
U.S. Department of Homeland Security and its subordinate agencies
245 Murray Lane SW
Washington DC, 20528-0075

Gil Kerlikowske, Commissioner
U.S. Department of Customs and Border Protection and its subordinate agencies
245 Murray Lane SW
Washington DC, 20229

Leon Rodriguez, Director
U.S. Citizenship and Immigration Services and its subordinate agencies
245 Murray Lane SW
Washington DC 20529

Ronald D. Vitiello, Deputy Chief, Border Patrol
U.S. Department of Customs and Border Protection and its subordinate agencies
245 Murray Lane SW
Washington DC 20229

Thomas S. Winkowski, Acting Director
U.S. Department of Immigration and Customs Enforcement and its subordinate agencies
245 Murray Lane SW
Washington DC 20536

Loretta Lynch, Attorney General
U.S. Department of Justice and its subordinate agencies
950 Pennsylvania Ave. NW
Washington DC 20530-0001

Anne C. Richard Assistant Secretary of State for Population, Refugees, and Migration and its subordinate agencies
2201 C Street NW
Washington DC 20037

Jacob J. Lew
U.S. Department of Treasury and its subordinate agencies
1500 Pennsylvania Ave NW
Washington DC 20220

DEFENDANTS